FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 21 2005

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY HARPOLE, JACKIE E. STEVENS,
JIMMY R. CADLE & SAMMIE LEWIS                                    PLAINTIFFS

VS.         CASE NO. 3:00CV00331 JMM
            3:02CV00303 JMM
            3:03CV00062 JMM[8]
            3:04CV00006 JMM

ANN M. VENEMAN, SECRETARY
U.S. DEPARTMENT OF AGRICULTURE                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this _21_ day of July, 2005.

James M. Moody
United States District Court

---

[8] Plaintiff Jimmy Cadle has settled his lawsuit which had been consolidated with Case No. 3:00CV331. A separate Judgment will be entered in his case.